United States District Court
Southern District of Texas
**ENTERED**
August 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGNELO ANTHONY FERNANDES, *et al.*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. H-24-248 |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | § |
| Defendants. | § |

### ORDER OF DISMISSAL

In accordance with the parties' joint notice of dismissal, (Docket Entry No. 19), this action is dismissed without prejudice.

SIGNED on August 8, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge